# EXHIBIT J

**The contents of the Exhibit have been filed under seal.**