# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ARCONIC INC. (f/k/a ALCOA INC.), | ) ) ) | |
| Plaintiff/Counterdefendant, | ) ) | Civil Action No.: 1:15-cv-01466-ELR |
| v. | ) ) | |
| UNIVERSAL ALLOY CORPORATION, | ) ) ) | |
| Defendant/Counterclaimant. | ) ) | |

## NOTICE OF CHANGE OF FIRM AFFILIATION
## AND CHANGE OF ADDRESS

**COMES NOW** the undersigned counsel for Plaintiff/Counterdefendant Arconic Inc., (f/k/a Alcoa, Inc.) ("Arconic") to provide notice that Courtland Reichman, Sarah Jorgensen, Jennifer Estremera, Kate Falkenstien, and Joachim Steinberg are no longer affiliated with McKool Smith P.C. Mr. Reichman, Ms. Jorgensen, Ms. Estremera, Ms. Falkenstein, and Mr. Steinberg are now affiliated with the law firm of Reichman Jorgensen LLP. These attorneys will continue to represent Arconic in this case. The docket should be updated to reflect their new contact information is as follows:

1

Courtland L. Reichman
REICHMAN JORGENSEN LLP
1201 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 609-1040
Email: creichman@reichmanjorgensen.com

Sarah Jorgensen
REICHMAN JORGENSEN LLP
1201 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 609-1040
Email: sjorgensen@reichmanjorgensen.com

Jennifer P. Estremera
REICHMAN JORGENSEN LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065
Telephone: (650) 623-1407
Email: jestremera@reichmanjorgensen.com

Kate M. Falkenstien
REICHMAN JORGENSEN LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065
Telephone: (650) 623-1425
Email: kfalkenstien@reichmanjorgensen.com

Joachim B. Steinberg
REICHMAN JORGENSEN LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065
Telephone: (650) 623-1433
Email: jsteinberg@reichmanjorgensen.com

Respectfully submitted this 9th day of October 2018.

s/ *Courtland L. Reichman*

Courtland L. Reichman
  (Georgia Bar No. 599894)
Sarah Jorgensen
  (Georgia Bar No. 541130)
REICHMAN JORGENSEN LLP
1201 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

Jennifer P. Estremera
  *(Admitted pro hac vice)*
Kate M. Falkenstien
  *(Admitted pro hac vice)*
Joachim B. Steinberg
  *(Admitted pro hac vice)*
REICHMAN JORGENSEN LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065
Telephone: (650) 623-1401
jestremera@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com
jsteinberg@reichmanjorgensen.com

Attorneys for Plaintiff Arconic Inc.

## **CERTICATE OF COMPLIANCE WITH LR 5.1(C)**

This is to certify that the foregoing document was prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

Dated: October 9, 2018                             *s/ Courtland L. Reichman*
                                                                    Courtland L. Reichman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

| | |
|---|---|
| Michael J. Sullivan<br>Georgia Bar No. 142203<br>John G. Perry<br>Georgia Bar No. 141609<br>Vonnetta L. Benjamin<br>Georgia Bar No. 049890<br>WOMBLE BOND DICKINSON (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363<br>Telephone: (404) 872-7000<br>Facsimile: (404) 888-7490<br>msullivan@wcsr.com<br>joperry@wcsr.com<br>vbenjamin@wcsr.com | David K. Herzog (*pro hac vice*)<br>Katrina M. Kelly (*pro hac vice*)<br>Matthew E. Burkhart (*pro hac vice*)<br>Justin R. Olsen *(pro hac vice)*<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>david.herzog@faegrebd.com<br>katrina.gossett@faegrebd.com<br>matthew.burkhart@faegrebd.com<br>Justin.olson@faegrebd.com<br><br>Randall E. Kahnke (*pro hac vice*)<br>Kerry L. Bundy (*pro hac vice*)<br>Tyler A. Young (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br>randall.kahnke@faegrebd.com<br>kerry.bundy@faegrebd.com<br>tyler.young@faegrebd.com |

Dated: October 9, 2018              *s/ Courtland L. Reichman*
                                    Courtland L. Reichman