IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ARCONIC INC. (*f/k/a* ALCOA INC.), | * | |
| Plaintiff, | * | |
| v. | * | 1:15-CV-01466-ELR |
| UNIVERSAL ALLOY CORPORATION, | * | |
| Defendant. | * | |

_____

**O R D E R**

_____

On May 7, 2021, the Court held a telephone conference with the Parties regarding the recent passing of Defendant's expert, Dr. Michael Stevenson, and Defendant's efforts to secure a replacement expert witness. The Court **DIRECTS** the Parties to file briefs no later than Friday, May 14, 2021, in accordance with the Court's instructions as set forth during the hearing. Additionally, the Court **ORDERS** Defendant to file a proposed timeline along with its brief.

**SO ORDERED**, this 7th day of May, 2021.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia