# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cv-01466-ELR
## Arconic Inc. v. Universal Alloy Corporation
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Chambers on 05/07/2021.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 9:50 A.M.          COURT REPORTER: Elizabth Cohn
TIME IN COURT: 00:20                      DEPUTY CLERK: Michelle Beck
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Leslie Demers representing Universal Alloy Corporation
Jennifer Estremera representing Alcoa Inc.
Jennifer Estremera representing Arconic Inc.
Sarah Jorgensen representing Alcoa Inc.
Sarah Jorgensen representing Arconic Inc.
John Perry representing Universal Alloy Corporation
Courtland Reichman representing Alcoa Inc.
Courtland Reichman representing Arconic Inc.
P. Sammi representing Universal Alloy Corporation
Michael Sullivan representing Universal Alloy Corporation
Caroline Walters representing Arconic Inc.
Douglas R. Nemec representing Universal Alloy Corporation

**PROCEEDING CATEGORY: MINUTE TEXT:**
Telephone Conference(Other Proceeding Non-evidentiary);

A telephone conference was held regarding outstanding issues and scheduling. Phone conference concluded.

**HEARING STATUS:**    Hearing Concluded