# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| ARCONIC INC. (f/k/a Alcoa Inc.), | * | |
| Plaintiff, | * | |
| v. | * | 1:15-CV-01466-ELR |
| UNIVERSAL ALLOY CORPORATION, | * | |
| Defendant, | * | |

## O R D E R

This case is before the Court on the unopposed motion to set pretrial conference and trial date. [Doc. 785]. The Court has considered this matter and for good cause shown, this motion is hereby **GRANTED**. The pretrial conference and jury trial will be scheduled by separate notice.

**SO ORDERED**, this 13th day of October, 2021.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia