# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARCONIC INC., | )<br>) |
|     Plaintiff/Counterdefendant, | )<br>) |
| v. | )   Civil Action No.:<br>)   1:15-cv-01466-ELR<br>) |
| UNIVERSAL ALLOY<br>CORPORATION, | )<br>)<br>) |
|     Defendant/Counterclaimant. | )<br>)<br>) |

## ORDER ON PLAINTIFF ARCONIC'S NOTICE OF NAME CHANGE AND UNOPPOSED MOTION TO JOIN PARTY PURSUANT TO RULE 20

AND NOW, this 26th day of January, 2022, upon consideration of Plaintiff Arconic Inc.'s "Notice of Name Change and Unopposed Motion to Join Party Pursuant to Rule 20" [Doc. 800],

**IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion to Join Arconic Corporation as Plaintiff and Counterclaim-Defendant is **GRANTED**;

1. The case caption will be amended to reflect the joinder of Arconic Corp. and change of name of Arconic Inc. to read: "Arconic Corporation and Howmet Aerospace Inc. (Plaintiffs and Counterclaim-Defendants) v. Universal Alloy Corporation (Defendant and Counterclaim-Plaintiff)."

1

BY THE COURT:

*Eleanor L. Ross*

_____
HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

**ORDER PREPARED BY:**

/s/ *Courtland L. Reichman*

  Courtland L. Reichman
  (Georgia Bar No. 599894)
  Sarah Jorgensen
  (Georgia Bar No. 541130)
  REICHMAN JORGENSEN LLP
  1201 West Peachtree Street
  Suite 2300
  Atlanta, GA 30309
  Tel: (404) 609-1040
  creichman@reichmanjorgensen.com
  sjorgensen@reichmanjorgensen.com

  Caroline Walters
  *(Admitted pro hac vice)*
  Jennifer P. Estremera
  *(Admitted pro hac vice)*
  Kate M. Falkenstien
  *(Admitted pro hac vice)*
  Sara Edelstein
  (*Admitted pro hac vice*)
  REICHMAN JORGENSEN LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Tel: (650) 623-1401
  Fax: (650) 623-1449
  cwalters@reichmanjorgensen.com
  jestremera@reichmanjorgensen.com
  kfalkenstien@reichmanjorgensen.com
  jsteinberg@reichmanjorgensen.com

sedelstein@reichmanjorgensen.com

Michael Matulewicz-Crowley
*(Admitted pro hac vice)*
REICHMAN JORGENSEN LLP
750 Third Avenue Suite, Suite 2400
New York, NY 10017-1965
Tel: 212-381-1965
mmatulewicz-crowley@reichmanjorgensen.com

*Attorneys for Plaintiff Arconic Inc.*