# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARCONIC INC. (f/k/a ALCOA INC.), )<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>UNIVERSAL ALLOY )<br>CORPORATION, )<br>)<br>Defendant/Counterclaimant. )<br>) | Civil Action No.:<br>1:15-cv-01466-ELR |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Vonnetta L. Benjamin, and hereby moves to withdraw as counsel for Defendant Universal Alloy Corporation ("UAC") because she is no longer employed by the law firm of Womble Bond Dickinson (US) LLP and as a result, no longer represents UAC.  UAC will continue to be represented by Michael J. Sullivan of Womble Bond Dickinson (US) LLP; David K. Herzog of Hoover Hull Turner LLP; Katrina M. Gossett, Matthew E. Burkhart, Randall E. Kahnke, Kerry L. Bundy, and Tyler A. Young of Faegre Baker Daniels LLP; P. Anthony Sammi of Latham & Watkins LLP; and Douglas R. Nemec and Leslie A. Demers of Skadden, Arps, Slate, Meagher & Flom LLP.

The Clerk's Office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect this withdrawal.

**WHEREFORE**, the undersigned respectfully requests that Vonnetta L. Benjamin be permitted to withdraw as counsel for UAC in this matter. A proposed order is attached for the Court's consideration.

Dated: May 4, 2022

                                              Respectfully submitted,

                                              /s/ *Vonnetta L. Benjamin*
                                            Vonnetta L. Benjamin
                                            Georgia Bar No. 049890
                                            Lewis Brisbois
                                            600 Peachtree Street, N.E., Suite 4700
                                            Atlanta, GA 30308
                                            404-476-2058
                                            Fax: 404-467-8845
                                            vonnetta.benjamin@lewisbrisbois.com

                                            Michael J. Sullivan
                                            Georgia Bar No. 142203
                                            WOMBLE BOND DICKINSON (US) LLP
                                            271 17th Street, NW
                                            Suite 2400
                                            Atlanta, Georgia 30363
                                            Telephone: (404) 872-7000
                                            Facsimile: (404) 888-7490
                                            michael.sullivan@wbd-us.com

                                            *Attorney for Defendant Universal Alloy Corporation*

## **CERTIFICATE OF TYPE SIZE AND STYLE**

Counsel for Defendant hereby certifies that the size and style of the type used in the foregoing filing is Times New Roman: 14 point.

/s/ *Vonnetta L. Benjamin*
Vonnetta L. Benjamin
Georgia Bar No. 049890

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of May, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Vonnetta L. Benjamin*
Vonnetta L. Benjamin
Georgia Bar No. 049890