IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARCONIC INC. (f/k/a ALCOA INC.),<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>UNIVERSAL ALLOY CORPORATION,<br><br>Defendant/Counterclaimant. | Civil Action No.:<br>1:15-cv-01466-ELR |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This action is before the Court on the Motion to Withdraw as Counsel of Vonnetta L. Benjamin as counsel for Defendant Universal Alloy Corporation ("UAC"). For good cause shown, the Motion to Withdraw Vonnetta L. Benjamin as counsel for UAC is **GRANTED**. UAC will continue to be represented by Michael J. Sullivan of Womble Bond Dickinson (US) LLP; David K. Herzog of Hoover Hull Turner LLP; Katrina M. Gossett, Matthew E. Burkhart, Randall E. Kahnke, Kerry L. Bundy, and Tyler A. Young of Faegre Baker Daniels LLP; P. Anthony Sammi of Latham & Watkins LLP; and Douglas R. Nemec and Leslie A. Demers of Skadden, Arps, Slate, Meagher & Flom LLP.

**SO ORDERED**, this ____ day of _____, 2022.

_____
The Honorable J. P. Boulee
United States District Judge