# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE Inc., </br></br>Plaintiffs and Counter-Defendants, </br></br>v. </br></br>UNIVERSAL ALLOY CORPORATION, </br></br>Defendant and Counterclaim-Plaintiff. | Civil Action No.: </br>1:15-cv-01466-JPB </br></br>Jury Trial Requested |

## NOTICE OF WITHDRAWAL

**COMES NOW** the undersigned counsel for Plaintiffs and Counter-Defendants Arconic Corporation and Howmet Aerospace Inc. (f/k/a Alcoa, Inc.) (collectively "Alcoa") to provide notice that Kate Falkenstien withdraws as counsel for Alcoa in the above-captioned action. Accordingly, please remove Ms. Falkenstien as an attorney of record for Alcoa. Ms. Falkenstien should no longer receive CM/ECF notification in connection with the above-captioned action.

Dated: September 29, 2022

Respectfully submitted,

/s/ *Courtland L. Reichman*

Jennifer P. Estremera *(Pro hac vice)*
Leaf Williams *(Pro hac vice)*
Sara Edelstein *(Pro hac vice)*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
jestremera@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com
sedelstein@reichmanjorgensen.com

Caroline Walters *(Pro hac vice)*
Michael Matulewicz-Crowley *(Pro hac vice)*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Tele: (646) 921-1474
cwalters@reichmanjorgensen.com
mmatulewicz-crowley@reichmanjorgensen.com

Courtland L. Reichman
(Georgia Bar No. 599894)
Sarah Jorgensen
(Georgia Bar No. 541130)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Tel: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

Christine Lehman *(Pro hac vice)*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tele: (202) 894-7310
clehman@rechmanjorgensen.com

*Attorneys for Arconic Corporation and Howmet Aerospace Inc. (Plaintiffs and Counterclaim-Defendants)*

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)**

This is to certify that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

Dated: September 29, 2022              /s/ *Courtland L. Reichman*
                                       Courtland L. Reichman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 29th day of September, 2022         /s/ *Courtland L. Reichman*
                                         Courtland L. Reichman