# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE Inc., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> UNIVERSAL ALLOY CORPORATION, <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No.: 1:15-cv-01466-JPB <br><br> Jury Trial Requested |

## CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned Courtland L. Reichman of Reichman Jorgensen Lehman & Feldberg LLP, and pursuant to Local Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent for Kate Falkenstien to Withdraw as Counsel for Plaintiffs and Counterclaim-Defendants Arconic Corporation and Howmet Aerospace Inc. (f/k/a Alcoa, Inc.) (collectively "Alcoa") in this action.

As evidenced by the signature of Quinn Johnson and Lauren Garraux below and being advised pursuant to LR 83.1(E)(3), Alcoa consents to the requested withdrawal.

Dated: September 29, 2022

Respectfully submitted,

/s/ *Courtland L. Reichman*

/s/ *Kate Falkenstien*
Kate Falkenstien
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
(650) 623-1425
kfalkenstien@reichmanjorgensen.com

Courtland L. Reichman
(Georgia Bar No. 599894)
Sarah Jorgensen
(Georgia Bar No. 541130)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Tel: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

*Attorneys for Arconic Corporation and Howmet Aerospace Inc. (Plaintiffs and Counterclaim-Defendants)*

/s/ *Quinn Johnson*
Quinn Johnson
Litigation Counsel
Arconic Corporation
201 Isabella Street
Pittsburg, PA 15212

/s/ *Lauren Garraux*
Lauren Garraux
Litigation Counsel
Howmet Aerospace Inc.
201 Isabella St
Pittsburg, PA 15212

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)**

This is to certify that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

Dated:  September 29, 2022                              */s/ Courtland L. Reichman*
                                                                               Courtland L. Reichman


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 29th day of September, 2022                     */s/ Courtland L. Reichman*
                                                                              Courtland L. Reichman