UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARCONIC, INC. (f/k/a ALCOA INC.), <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSAL ALLOY CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:15-CV-01466-JPB |

## **ORDER**

On September 23, 2022, this Court granted in part and denied in part Arconic's Motion to Exclude Certain Testimony of Universal Alloy Corporation's ("UAC") Expert Joseph R. Pickens. [Doc. 894]. On October 27, 2022, the parties informed the Court that Arconic's technical expert, Professor Tom Eagar, unexpectedly passed away. The Court conveys its condolences in light of this news.

The parties have filed a total of eleven motions in limine in this case. Arconic has since indicated to the Court that it is in the process of securing a replacement technical expert. The Court is cognizant that its September 23, 2022 ruling, Professor Eagar's unexpected passing and the procurement of a replacement expert may impact the status of those pending motions. As such, the parties are

**DIRECTED** to file a joint status report no later than November 18, 2022, and to explain therein the impact of these recent events on each of their pending motions. The parties shall specifically indicate any motions that are now moot or due to be withdrawn and shall propose a schedule for the identification and deposition of a replacement expert witness.

    **SO ORDERED** this 4th day of November, 2022.

_____
J. P. BOULEE
United States District Judge