# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE Inc., | )<br>)<br>) |
| Plaintiffs and Counterclaim-Defendants, | ) Civil Action No.:<br>) 1:15-cv-01466-JPB |
| v. | )<br>) Jury Trial Requested |
| UNIVERSAL ALLOY CORPORATION, | )<br>) |
| Defendant and Counterclaim-Plaintiff. | )<br>)<br>) |

**Joint Status Report Pursuant to ECF No. 898**

Plaintiffs Arconic Corp. and Howmet Aerospace Inc. (collectively, "Alcoa") and Universal Alloy Corporation ("UAC") respectfully submit this Joint Status Report pursuant to the Court's Order, ECF No. 898. The parties have met and conferred and provide the following update.

First, the Court ordered the parties "to explain . . . the impact of . . . recent events on each of their pending motions" *in limine* and to "specifically indicate any motions that are now moot or due to be withdrawn." ECF No. 898.

Alcoa respectfully states that Professor Eagar's unexpected passing and Alcoa's procurement of any replacement expert does not impact any of its pending motions. Regarding the Court's September 23, 2022 ruling, Alcoa is withdrawing the portion of its Motion *in Limine* No. 2 (ECF No. 808) concerning the ESi documents (discussed in Section II of the Argument Section) as presented. While the Court's ruling expressly did not resolve the question presented, in light of the Court's reasoning, Alcoa believes that any remaining issues with respect to the ESi documents can be addressed in the context of trial and will raise any objection at the appropriate time. The Court's ruling does not impact Alcoa's other pending motions.

UAC respectfully states that none of its motions are mooted or due to be withdrawn based on the recent events addressed herein.

Second, the Court ordered the parties to "propose a schedule for the identification and deposition of a replacement expert witness." ECF No. 898. The parties propose the following schedule:

1

- Alcoa will serve any opening expert report and identify any replacement expert no later than March 1, 2023; and

- The deposition of any Alcoa replacement expert will completed within one month of receiving the report, subject to any necessary adjustments, but no later than April 3, 2023.

The parties additionally propose the following deadline:

- Any motion challenging Alcoa's replacement expert under *Daubert* or potential new motion *in limine* will be brought within one month of the deposition of that expert, and no later than May 3, 2023.

UAC does not presently have information to assess whether a motion relating to Alcoa's replacement expert will be necessary, but provides this date in full transparency and for the Court's consideration. Likewise, UAC does not have sufficient information at this point to assess whether its technical expert will need an opportunity to rebut any portion of Alcoa's opening expert report from its replacement expert, but respectfully reserves its rights in this regard.

Dated: November 18, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Courtland L. Reichman*

Jennifer P. Estremera *(Pro hac vice)*　　　　Courtland L. Reichman
Leaf Williams (*Pro hac vice*)　　　　　　　　(Georgia Bar No. 599894)
Sara Edelstein *(Pro hac vice)*　　　　　　　　Sarah Jorgensen
REICHMAN JORGENSEN　　　　　　　　　(Georgia Bar No. 541130)
LEHMAN & FELDBERG LLP　　　　　　　REICHMAN JORGENSEN
100 Marine Parkway, Suite 300　　　　　　　LEHMAN & FELDBERG LLP
Redwood Shores, CA 94065　　　　　　　　1201 West Peachtree Street, Suite 2300
Tel: (650) 623-1401　　　　　　　　　　　　Atlanta, GA 30309

2

jestremera@reichmanjorgensen.com
sedelstein@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

Caroline Walters *(Pro hac vice)*
Michael Matulewicz-Crowley *(Pro hac vice)*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
Tele: (646) 921-1474
cwalters@reichmanjorgensen.com
mmatulewiczcrowley@
reichmanjorgensen.com

Tel: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

Christine Lehman *(Pro hac vice)*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tele: (202) 894-7310
clehman@rechmanjorgensen.com

*Attorneys for Arconic Corporation and Howmet Aerospace Inc. (Plaintiffs and Counterclaim-Defendants)*


LATHAM & WATKINS LLP
P. Anthony Sammi (*pro hac vice*)
Rachel R. Blitzer (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Douglas R. Nemec (*pro hac vice*)
Leslie A. Demers (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

/s/ Michael J. Sullivan

WOMBLE BOND
DICKINSON (US) LLP
Michael J. Sullivan (142203)
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363
Telephone: (404) 872-7000


*Attorneys for Universal Alloy Corporation*

3

## CERTIFICATE OF COMPLIANCE WITH LR 5.1(C)

This is to certify that the foregoing document was prepared using Times New Roman 14 point font in accordance with LR 5.1(C).

Dated: November 18, 2022         */s/ Courtland L. Reichman*
                                 Courtland L. Reichman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 18th day of November, 2022   */s/ Courtland L. Reichman*
                                  Courtland L. Reichman