UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARCONIC, INC. (f/k/a ALCOA INC.),<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL ALLOY CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:15-CV-01466-JPB |

### **ORDER**

This matter is specially set for trial beginning on July 11, 2023, at 9:00 AM. The parties should be prepared to provide the courtroom deputy clerk with three copies of their respective exhibit and witness lists at the start of trial for use by the Judge, court reporter and courtroom deputy clerk. Each party should also provide a courtesy copy of all exhibits in an appropriately labeled notebook on the first day of trial for the Judge. The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning exhibit labeling. The parties must provide a courtesy copy of any documents e-filed just prior to trial or on any day during the trial.

A single, unified set of requests to charge and proposed verdict forms are required to be filed the day prior to the pretrial conference and e-mailed to the courtroom deputy clerk in Microsoft Word format. Where a proposed instruction

is not agreed upon, the parties should indicate who is proposing the instruction and the legal bases both for the instruction and for the other party's opposition to the instruction. Counsel must use the Eleventh Circuit Pattern Jury Instructions, if applicable.

Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the courtroom deputy clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three days in advance of trial to allow time for proper notification to the U.S. Marshals Service.

**SO ORDERED** this 10th day of January, 2023.

J. P. BOULEE
United States District Judge