IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE INC. (f/k/a Alcoa, Inc.), | ) ) ) ) |
| Plaintiffs and Counterclaim-Defendants, | ) ) ) Civil Action No.: 1:15-cv-01466-JPB |
| v. | ) **Pretrial Conference Set: June 27, 2023** |
| UNIVERSAL ALLOY CORPORATION, | ) Jury Trial Requested |
| Defendant and Counterclaim-Plaintiff. | ) ) |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Arconic Corporation, and Howmet Aerospace Inc. (f/k/a Alcoa Inc.) ("Alcoa"), and respectfully files this Motion For Leave to File the PTO Under Seal. The Pre-Trial Order contains confidential and proprietary information, as well as private identifying information.[1]

---

[1] UAC does not oppose this motion, but it offers no opposition only because certain documents attached to the Pre-Trial Order contain confidential business information and sensitive identifying information. UAC disputes that any of the information at issue in this case qualifies as a trade secret.

1

For the reasons stated herein and in the accompanying Memorandum of Law, Arconic respectfully requests that the Court grant this Motion and maintain the documents permanently under seal.

Dated: May 31, 2023

Respectfully submitted,

*/s/ Courtland L. Reichman*

Jennifer Estremera *(Pro Hac Vice)*
Leaf Williams *(Pro Hac Vice)*
Sara Edelstein *(Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
jestremera@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com
sedelstein@reichmanjorgensen.com

Caroline M. Walters *(Pro Hac Vice)*
Michael Matulewicz-Crowley *(Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
cwalters@reichmanjorgensen.com
mmatulewicz-crowley@reichmanjorgensen.com

Courtland L. Reichman
(Georgia Bar No. 599894)
Sarah O. Jorgensen
(Georgia Bar No. 541130)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Tel: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

Christine E. Lehman *(Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K. Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com

*Attorneys for Plaintiffs and Counterclaim-Defendants, Arconic Corporation and Howmet Aerospace Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE INC. (f/k/a Alcoa, Inc.), | |
| Plaintiffs and Counterclaim-Defendants, | Civil Action No.: 1:15-cv-01466-JPB |
| v. | **Pretrial Conference Set: June 27, 2023** |
| UNIVERSAL ALLOY CORPORATION, | Jury Trial Requested |
| Defendant and Counterclaim-Plaintiff. | |

### ARCONIC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE THE PRETRIAL ORDER UNDER SEAL

COMES NOW Arconic Corporation, and Howmet Aerospace Inc. (f/k/a Alcoa Inc.) ("Alcoa")[2], and respectfully files this Motion For Leave to File the PTO Under Seal.

### Background

Alcoa and UAC have jointly filed the Pre-Trial Order at Dkts. 920-921. Alcoa respectfully requests that the Court grant it leave to file that Pre-Trial Order under

---

[2] Arconic was formerly known as "Alcoa, Inc." Because many of the historical documents refer to "Alcoa," for simplicity Plaintiff is referred to as "Alcoa" herein.

3

seal.[3] The Pre-Trial Order contains documents that contain confidential and proprietary information that Alcoa or Universal Alloy Corporation ("UAC") has designated "Confidential Information" and "Confidential Attorneys' Eyes Only Information" under the Consent Protective Order (Dkt. 38). In addition, the documents contain the names of third parties, both individuals and business entities. Releasing those names publicly would both create a competitive harm to Alcoa and intrude on the privacy of those third parties unnecessarily. Accordingly, and to protect the confidential and proprietary information contained in the documents as well as the privacy interests of third parties, and pursuant to Local Rule Appendix H, Alcoa files this motion to request that the Court maintain the Exhibit List permanently under seal.

## ARGUMENT

In assessing whether to permit information to be filed under seal, courts look to balance the public's common law right to access court records against the need to protect a party's confidential and proprietary business information. *See Romero v.*

---

[3] UAC does not oppose this motion, but it offers no opposition only because certain documents attached to the Proposed Pre-Trial Order contain confidential business information and sensitive identifying information. UAC disputes that any of the information at issue in this case qualifies as a trade secret.

*Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007). The information at issue here merits protection under that standard. There is good cause to keep the information confidential. "Whether good cause exists is decided by the nature and character of the information in question." *Id.* (quotations and citations omitted). "In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate privacy interests" and "the degree of and likelihood of injury if made public." *Id*. Courts also consider "the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents." *Romero*, 480 F.3d at 1246.

Information in the Pre-Trial Order includes details concerning Alcoa's trade secrets at issue in this case, including descriptions of various steps and processes, descriptions of confidential business information, including business practices, and identifying details of past and current employees and contractors. Arconic has a strong interest in protecting this information. The Court in this case entered an agreed-upon Consent Protective Order to protect the parties' confidential and trade secret information. (Dkt. 38.) For example, the Exhibit List contains information that

is commercially sensitive and contains Alcoa's confidential and proprietary business information—including trade secret information and information about Alcoa's relationship with specific customers. Additionally, the documents contain confidential information about Alcoa's business practices and customer relationships and UAC's business practices. This information merits protection because it would cause Alcoa commercial or competitive harm if it became known to Alcoa's customers, competitors, and suppliers. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978) ("[C]ourts have refused to permit their files to serve . . . as sources of business information that might harm a litigant's competitive standing.").

In addition to competitively sensitive information, the Pre-Trial Order contains information that while not germane to a public understanding of the case does implicate the privacy of third parties, including both companies and individuals. For example, the exhibit list contains employee agreements with Alcoa as well as agreements with other companies. The exhibit list also contains information that reveals aspects of the trade secrets at issue in this case, as well as business practices. The public interest is better served by permitting Alcoa to file that information under seal.

Granting Alcoa's Motion for Leave to File the Pre-Trial Order Under Seal will not impair the Court's consideration or the public's understanding of the dispute in

6

this lawsuit. The dispute involves only the parties to this action and does not require participation by third parties that lack access to the sealed information. The dispute does not involve public officials or other subjects of critical public concern. Finally, Alcoa is not aware of any less drastic alternative that would adequately protect its interest in the confidential and proprietary information at issue.

## **CONCLUSION**

For the foregoing reasons, Alcoa respectfully requests that the Court grant its Motion for Leave to File Under Seal.

Header:
Case 1:15-cv-01466-JPB   Document 922   Filed 05/31/23   Page 8 of 9

Dated: May 31, 2023                                  Respectfully submitted,

                                                     */s/ Courtland L. Reichman*

Jennifer Estremera *(Pro Hac Vice)*               Courtland L. Reichman
Leaf Williams (*Pro Hac Vice*)                    (Georgia Bar No. 599894)
Sara Edelstein *(Pro Hac Vice)*                   Sarah O. Jorgensen
REICHMAN JORGENSEN LEHMAN &                       (Georgia Bar No. 541130)
FELDBERG LLP                                      REICHMAN JORGENSEN
100 Marine Parkway, Suite 300                     LEHMAN & FELDBERG LLP
Redwood Shores, CA 94065                          1201 West Peachtree Street,
Tel: (650) 623-1401                               Suite 2300
jestremera@reichmanjorgensen.com                  Atlanta, GA 30309
lwilliams@reichmanjorgensen.com                   Tel: (404) 609-1040
sedelstein@reichmanjorgensen.com                  creichman@reichmanjorgensen.com
                                                  sjorgensen@reichmanjorgensen.com

Caroline M. Walters (*Pro Hac Vice*)              Christine E. Lehman (*Pro Hac Vice*)
Michael Matulewicz-Crowley *(Pro Hac Vice)*       REICHMAN JORGENSEN
REICHMAN JORGENSEN LEHMAN &                       LEHMAN & FELDBERG LLP
FELDBERG LLP                                      1909 K. Street, NW, Suite 800
400 Madison Avenue, Suite 14D                     Washington, DC 20006
New York, NY 10017                                Tel: (202) 894-7310
Tel: (212) 381-1965                               clehman@reichmanjorgensen.com
cwalters@reichmanjorgensen.com
mmatulewicz-                                       *Attorneys for Plaintiffs and*
crowley@reichmanjorgensen.com                      *Counterclaim-Defendants, Arconic*
                                                   *Corporation and Howmet Aerospace*
                                                   *Inc.*
8

## CERTICATE OF COMPLIANCE WITH LR 5.1(C)

This is to certify that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

Dated: May 31, 2023                                          */s/ Courtland L. Reichman*
                                                             Courtland L. Reichman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 31st day of May, 2023                                   */s/ Courtland L. Reichman*
                                                             Courtland L. Reichman