# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:15-cv-01466-JPB**
**Arconic Inc. v. Universal Alloy Corporation**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 06/27/2023.

TIME COURT COMMENCED: 1:15 P.M.
TIME COURT CONCLUDED: 5:15 P.M.       COURT REPORTER: Penny Coudriet
TIME IN COURT: 4:00                    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Ryan Bisaillon representing Universal Alloy Corporation
Rachel Blitzer representing Universal Alloy Corporation
Leslie Demers representing Universal Alloy Corporation
Diane Ghrist representing Universal Alloy Corporation
Melanie Grindle representing Universal Alloy Corporation
Adam Herrera representing Universal Alloy Corporation
Sarah Jorgensen representing Alcoa Inc.
Sarah Jorgensen representing Howmet Aerospace Inc.
Michael Matulewicz-Crowley representing Howmet Aerospace Inc.
Douglas Nemec representing Universal Alloy Corporation
Courtland Reichman representing Arconic Corporation
P. Sammi representing Universal Alloy Corporation
Michael Sullivan representing Universal Alloy Corporation
Ramya Vallabhaneni representing Universal Alloy Corporation
Caroline Walters representing Alcoa Inc.

**PROCEEDING CATEGORY:** Pretrial Conference;

**MOTIONS RULED ON:**
[802]Motion in Limine DENIED
[803]Motion in Limine DENIED
[804]Motion in Limine DENIED
[805]Motion in Limine GRANTED IN PART & DENIED IN PART
[807]Motion in Limine DENIED
[809]Motion in Limine GRANTED IN PART & DENIED IN PART
[811]Motion in Limine GRANTED
[813]Motion in Limine GRANTED IN PART & DENIED IN PART
[815]Motion in Limine GRANTED IN PART & DENIED IN PART
[817]Motion in Limine GRANTED IN PART & DENIED IN PART
[819]Motion in Limine GRANTED IN PART & DENIED IN PART
[851]Motion for Leave to File Matters Under Seal GRANTED
[881]Motion for Leave to File Matters Under Seal GRANTED
[907]Motion in Limine DENIED

**MINUTE TEXT:** The Court discussed trial logistics and objections to proposed voir dire.  The Court's rulings on the [802], [803], [804], [805], [809], [811], [813], [815], [817], [819], and [907] motions in limine are without prejudice to renew at trial under FRE 401, 402 and 403.

**HEARING STATUS:** Hearing Concluded