# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:15-cv-01466-JPB**
**Arconic Inc. v. Universal Alloy Corporation**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 07/25/2023.

TIME COURT COMMENCED: 8:35 A.M.
TIME COURT CONCLUDED: 5:05 P.M.
TIME IN COURT: 7:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Diane Peede & Penny Coudriet
DEPUTY CLERK: Jennifer Lee

**ATTORNEYS PRESENT:** Courtland Reichman, Taylor Mauze, Caroline Walters, Jennifer Estremera, Laura Carwile, Michael Matulewics-Crowley, Ariane Mann, Sarah Jorgensen, Aaron Morris representing Plaintiffs. Anthony Sammi, Doug Nemec, Rachel Blitzer, Leslie Demers, Aaron Morris representing Defendant.

**PROCEEDING CATEGORY:** Jury Trial Continued;

**MINUTE TEXT:** The Court discussed the proposed jury charges and verdict form. Defendant elaborated on its objection to Plaintiffs' motion for judgment as a matter of law. The Court granted Plaintiffs' motion as to reverse engineering and denied the motion as to statute of limitations. Plaintiffs called Joseph Kerkhove, Dr. Richard Neu and Jim Bergman as rebuttal witnesses. Plaintiffs rested. Defendant renewed its motion for judgment as a matter of law. The Court finalized the proposed jury charges.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at 8:30 AM on July 25, 2023. Jurors excused until the above time under the usual caution of the Court.