FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 2 6, 2023

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ARCONIC CORPORATION, and
HOWMET AEROSPACE Inc. (f/k/a/ Alcoa, Inc.),

    Plaintiffs,

v.

UNIVERSAL ALLOY CORPORATION,

    Defendant.

CIVIL ACTION NO.
1:15-CV-01466-JPB

## VERDICT FORM

**I.** **Trade Secrets – Misappropriation of a Trade Secret**

**Do you find by a preponderance of the evidence that:**

    1.    One or more of the Claimed Trade Secrets are Alcoa's property?

*"Yes" is in favor of Plaintiff Alcoa; "No" is in favor of Defendant UAC.*

    Answer Yes or No    **NO**

*If your answer is "No," this is a verdict for UAC and ends your deliberations, and your foreperson should answer no further questions, and should sign and date the last page of this verdict form.*

*If your answer is "Yes," go to the next question.*

2. For the trade secret(s) to which you answered "Yes" in Number 1, does one or more of them derive economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from their disclosure or use?

"Yes" is in favor of Plaintiff Alcoa; "No" is in favor of Defendant UAC.

Answer Yes or No _____

*If your answer is "No," this is a verdict for UAC and ends your deliberations, and your foreperson should answer no further questions, and should sign and date the last page of this verdict form.*

*If your answer is "Yes," go to the next question.*

3. For the trade secret(s) to which you answered "Yes" in Number 2, did Alcoa use efforts that were reasonable under the circumstances to maintain the secrecy of one or more of them?

"Yes" is in favor of Plaintiff Alcoa; "No" is in favor of Defendant UAC.

Answer Yes or No _____

*If your answer is "No," this is a verdict for UAC and ends your deliberations, and your foreperson should answer no further questions, and should sign and date the last page of this verdict form.*

*If your answer is "Yes," go to the next question.*

## II. Trade Secrets – Affirmative Defense – Statute of Limitations

**Do you find by a preponderance of the evidence that:**

    5.    Alcoa discovered, or should have discovered through the exercise of reasonable diligence, the claimed misappropriation before November 17, 2009?

*"Yes" is in favor of Defendant UAC; "No" is in favor of Plaintiff Alcoa.*

    Answer Yes or No _____

*If your answer is "Yes," this is a verdict for UAC and ends your deliberations, and your foreperson should answer no further questions, and should sign and date the last page of this verdict form.*

*If your answer is "No," go to the next question.*

## III. Trade Secrets – Affirmative Defense – Independent Development

**Do you find by a preponderance of the evidence that:**

    6.    For the trade secret(s) to which you answered "Yes" in Number 4, did UAC lawfully acquire them by independent development?

*"Yes" is in favor of Defendant UAC; "No" is in favor of Plaintiff Alcoa.*

    Answer Yes or No _____

*If your answer is "Yes," this is a verdict for UAC and ends your deliberations, and your foreperson should answer no further questions, and should sign and date the last page of this verdict form.*

*If your answer is "No," go to the next question.*

IV. **Trade Secrets – Damages – Compensatory**

7. What, if anything, do you the Jury award in damages for Alcoa as a result of UAC's misappropriation of Claimed Trade Secret(s)?

$ _____

V. **Trade Secrets – Willful and Malicious Misappropriation**

8. Do you find that UAC willfully and maliciously misappropriated Alcoa's Claimed Trade Secret(s)?

*"Yes" is in favor Plaintiff Alcoa; "No" is in favor of Defendant UAC.*

Answer Yes or No _____

This 26th day of July, 2023.

_Athanasia Philippopoulou_
FOREPERSON

5