## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE INC. (f/k/a Alcoa Inc.), | ) ) ) ) | |
| | ) | |
| Plaintiffs and Counterclaim-Defendants, | ) ) | Civil Action No.: 1:15-cv-01466-JPB |
| | ) | |
| v. | ) ) | |
| | ) | |
| UNIVERSAL ALLOY CORPORATION, | ) ) | |
| | ) | |
| Defendant and Counterclaim-Plaintiff. | ) | |

### Joint Status Report Pursuant to ECF No. 978

Plaintiffs Arconic Corp. and Howmet Aerospace Inc. (collectively, "Arconic") and Defendant Universal Alloy Corporation ("UAC") respectfully submit this Joint Status Report pursuant to the Court's order, ECF No. 978.  The parties have met and conferred and provide the following proposed schedule.

<u>Arconic's Post-Trial Motions</u>

- Arconic will file its motion for new trial and other post-trial relief by Friday, August 18, 2023.

- UAC will file its opposition to Arconic's motion for a new trial and other post-trial relief by Friday, September 15, 2023.

- Arconic will file its reply in support of the motion for a new trial and other post-trial relief by Friday, October 6, 2023.

<u>UAC's Post-Trial Motions</u>

- UAC will file its motion for attorney's fees within 14 days after entry of final judgment on the trade secret claim and its bill of costs within 30 days after entry of final judgment on the trade secret claim (i.e., after resolution of Arconic's post-trial motions).

- Arconic's will file its oppositions to UAC's motion for attorney's fees and UAC's bill of costs four weeks after each motion is filed.

UAC's Counterclaim

- Arconic will file its motion for summary judgment with respect to UAC's counterclaim by Wednesday, August 30, 2023.

- UAC will file its opposition to Arconic's motion for summary judgment by Wednesday, September 27, 2023.

- Arconic will file its reply in support of its motion for summary judgment by Wednesday, October 18, 2023.

- UAC questions whether the counterclaims are ripe for summary judgment at this time.  By agreeing to this briefing schedule UAC does not waive any arguments with respect to the procedural propriety of Arconic's motion.

- Expert discovery for UAC's counterclaims will proceed on the following schedule:

| Event | Date |
|---|---|
| Supplemental antitrust fact discovery, if needed.<br><br>Arconic does not agree that supplemental fact discovery is appropriate without a Court order and does not agree at this time to any additional fact discovery; however, whether any supplemental fact discovery is appropriate can be | 45 days from denial of Arconic's summary judgment motion<br><br>Fact discovery closed on UAC's counterclaim in December 2017. Should any party seek leave to re-open discovery over the objection of the |

| Event | Date |
|---|---|
| resolved after resolution of Arconic's summary judgment motion | other party, these deadlines will be stayed until the issue is resolved. |
| Opening expert report(s) from party bearing burden of proof on issue | 90 days from denial of Arconic's summary judgment motion |
| Rebuttal expert report(s) | 90 days from opening expert reports |
| Reply expert reports | 60 days from rebuttal expert reports |
| Close of expert discovery | 30 days from reply expert reports |

Miscellaneous

- The parties acknowledge that Arconic is not required to respond to UAC's Rule 50 Motion for Judgment As A Matter of Law.

- UAC's brief in response to the Court's March 30, 2020 Order [Dkt. 676] to show cause why it should not be required to pay Arconic's reasonable expenses, including attorneys' fees, incurred in filing the motion to exclude, Dkt. 685, remains pending.

Dated: August 9, 2023

Respectfully submitted,

*/s/ Douglas R. Nemec*

Michael J. Sullivan (142203)
WOMBLE BOND
DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 872-7000

P. Anthony Sammi *(Pro Hac Vice)*
Rachel R. Blitzer  *(Pro Hac Vice)*
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Aaron Macris *(Pro Hac Vice)*
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000

Douglas R. Nemec *(Pro Hac Vice)*
Leslie A. Demers *(Pro Hac Vice)*
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

*Attorneys for Universal Alloy Corporation*

*/s/ Courtland L. Reichman*

Courtland L. Reichman
(Georgia Bar No. 599894)
Sarah O. Jorgensen
(Georgia Bar No. 541130)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1201 West Peachtree Street,
Suite 2300
Atlanta, GA 30309
Telephone: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

Caroline M. Walters (*Pro Hac Vice*)
Michael Matulewicz-Crowley (*Pro Hac Vice*)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com
mmatulewicz-
crowley@reichmanjorgensen.com

Jennifer Estremera *(Pro Hac Vice)*
Leaf Williams (*Pro Hac Vice*)
Sara Edelstein (*Pro Hac Vice*)
Laura Carwile (*Pro Hac Vice*)
Gina Diaz *(Pro Hac Vice)*
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
jestremera@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com
sedelstein@reichmanjorgensen.com

lcarwile@reichmanjorgensen.com
gdiaz@reichmanjorgensen.com

Christine E. Lehman (*Pro Hac Vice*)
Ariane Mann (*Pro Hac Vice*)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K. Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
clehman@reichmanjorgensen.com
amann@reichmanjorgensen.com

*Attorneys for Plaintiffs and Counterclaim-Defendants, Arconic Corporation and Howmet Aerospace Inc.*

5

## <u>CERTICATE OF COMPLIANCE WITH LR 5.1(C)</u>

This is to certify that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

Dated: August 9, 2023                    */s/ Courtland L. Reichman*
                                          Courtland L. Reichman

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 9th day of August 2023                    */s/ Courtland L. Reichman*
                                               Courtland L. Reichman