**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE INC. (f/k/a Alcoa Inc.),<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>UNIVERSAL ALLOY CORPORATION,<br><br>Defendant and Counterclaim-Plaintiff. | ) | Civil Action No.: 1:15-cv-01466-JPB |

**PLAINTIFFS' NOTICE REGARDING DEFENDANT'S RULE 50(A) MOTION FOR JUDGMENT AS A MATTER OF LAW**

NOW COME Plaintiffs Arconic Corp. and Howmet Aerospace Inc. (f/k/a Alcoa, Inc.) (collectively, "Alcoa") and respectfully file this Notice in order to bring to the Court's attention that Defendant Universal Alloy Corporation's ("UAC's") Rule 50(A) Motion For Judgment As A Matter Of Law [Dkt. 973] is moot in light of the submission of the case to the jury and the subsequent verdict. *See Lipphardt v. Durango Steakhouse of Brandon, Inc.*, 267 F.3d 1183, 1186 (11th Cir. 2001) ("A party's motion for judgment as a matter of law can be granted at the close of evidence

or, if timely renewed, after the jury has returned its verdict") (citation omitted); 9 Moore's Federal Practice - Civil § 50.41 (2023) ("no party may obtain post-verdict judgment as a matter of law without renewing its motion."). Alcoa understands that UAC agrees with this position as it acknowledged that Alcoa is not required to respond to the Rule 50(a) Motion in the parties' Joint Status Report, which was recently filed [Dkt. 986].

Alcoa files this Notice out of an abundance of caution in light of the clerk's submission of the Rule 50(a) Motion to the Court. That Rule 50(a) Motion is moot and should not be ruled on.

Dated: August 14, 2023

Respectfully submitted,

_/s/ Courtland L. Reichman_

Courtland L. Reichman
(Georgia Bar No. 599894)
Sarah O. Jorgensen
(Georgia Bar No. 541130)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1201 West Peachtree Street,
Suite 2300
Atlanta, GA 30309
Tel: (404) 609-1040
creichman@reichmanjorgensen.com
sjorgensen@reichmanjorgensen.com

Christine E. Lehman (*Pro Hac Vice*)
Ariane Mann (*Pro Hac Vice*)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K. Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
amann@reichmanjorgensen.com

Jennifer Estremera *(Pro Hac Vice)*
Leaf Williams (*Pro Hac Vice*)
Sara Edelstein *(Pro Hac Vice)*
Laura Carwile *(Pro Hac Vice)*
Gina Diaz *(Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
jestremera@reichmanjorgensen.com
lwilliams@reichmanjorgensen.com
sedelstein@reichmanjorgensen.com
lcarwile@reichmanjorgensen.com
gdiaz@reichmanjorgensen.com

Caroline M. Walters (*Pro Hac Vice*)
Michael Matulewicz-Crowley *(Pro Hac Vice)*
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
cwalters@reichmanjorgensen.com
mmatulewicz-
crowley@reichmanjorgensen.com

*Attorneys for Plaintiffs and Counterclaim-Defendants, Arconic Corporation and Howmet Aerospace Inc.*

**CERTICATE OF COMPLIANCE WITH LR 5.1(C)**

This is to certify that the foregoing document was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

Dated: August 14, 2023

*/s/ Courtland L. Reichman*
Courtland L. Reichman

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: August 14, 2023

*/s/ Courtland L. Reichman*
Courtland L. Reichman