UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION and HOWMET AEROSPACE INC. (f/k/a Alcoa Inc.),<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>UNIVERSAL ALLOY CORPORATION,<br><br>    Defendant and Counterclaim-Plaintiff. | CIVIL ACTION NO.<br>1:15-CV-01466-JPB |

## ORDER

This matter comes before the Court on Defendant's Rule 50(a) Motion for Judgment as a Matter of Law [Doc. 973] and Plaintiffs' Notice Regarding Defendant's Rule 50(a) Motion for Judgment as a Matter of Law [Doc. 989]. On July 26, 2023, the jury returned a verdict for Defendant. [Doc. 979-1]. The parties agree that no response to the motion is warranted. See [Doc. 986, p. 4]. In light of the jury's verdict and the parties' agreement, Defendant's Rule 50(a) Motion for Judgment as a Matter of Law [Doc. 973] is **DENIED** as moot.

    **SO ORDERED** this 31st day of August, 2023.

J. P. BOULEE
United States District Judge