# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARCONIC CORPORATION, and HOWMET AEROSPACE INC. (f/k/a Alcoa Inc.), <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> UNIVERSAL ALLOY CORPORATION, <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No.: 1:15-cv-01466-JPB <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Arconic Corporation and Howmet Aerospace Inc., Defendant Universal Alloy Corporation, and their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO STIPULATED AND AGREED THROUGH COUNSEL OF RECORD.

Dated:  April 16, 2024

| | |
|---|---|
| /s/ *Caroline M. Walters* | /s/ *Douglas R. Nemec* |
| Courtland L. Reichman | WOMBLE BOND |
| (Georgia Bar No. 599894) | DICKINSON (US) LLP |
| Sarah O. Jorgensen | Michael J. Sullivan (142203) |
| (Georgia Bar No. 541130) | 271 17th Street, NW, Suite 2400 |
| REICHMAN JORGENSEN | Atlanta, Georgia 30363 |
| LEHMAN & FELDBERG LLP | Telephone: (404) 872-7000 |
| 1201 West Peachtree Street, Suite 2300 | |
| Atlanta, GA 30309 | LATHAM & WATKINS LLP |
| Telephone: (404) 609-1040 | P. Anthony Sammi (*pro hac vice*) |
| creichman@reichmanjorgensen.com | Rachel R. Blitzer (*pro hac vice*) |
| sjorgensen@reichmanjorgensen.com | 1271 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 906-1200 |
| Jennifer Estremera (Pro Hac Vice) | |
| Leaf Williams (Pro Hac Vice) | SKADDEN, ARPS, SLATE, |
| Sara Edelstein (Pro Hac Vice) | MEAGHER & FLOM LLP |
| Laura Carwile (Pro Hac Vice) | Douglas R. Nemec (*pro hac vice*) |
| Gina Diaz (Pro Hac Vice) | Leslie A. Demers (*pro hac vice*) |
| REICHMAN JORGENSEN | Ryan P. Bisaillon (*pro hac vice*) |
| LEHMAN & FELDBERG LLP | One Manhattan West |
| 100 Marine Parkway, Suite 300 | New York, New York 10001 |
| Redwood Shores, CA 94065 | Telephone: (212) 735-3000 |
| Telephone: (650) 623-1401 | |
| jestremera@reichmanjorgensen.com | |
| lwilliams@reichmanjorgensen.com | *Attorneys for Universal Alloy* |
| sedelstein@reichmanjorgensen.com | *Corporation* |
| lcarwile@reichmanjorgensen.com | |
| gdiaz@reichmanjorgensen.com | |
| | |
| Caroline M. Walters (Pro Hac Vice) | |
| Michael Matulewicz-Crowley (Pro Hac Vice) | |
| REICHMAN JORGENSEN | |
| LEHMAN & FELDBERG LLP | |

400 Madison Avenue, Suite 14D
New York, NY 10017
Telephone: (212) 381-1965
cwalters@reichmanjorgensen.com
mmatulewicz-
crowley@reichmanjorgensen.com

Christine E. Lehman (Pro Hac Vice)
Ariane Mann (Pro Hac Vice)
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
1909 K. Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7310
clehman@reichmanjorgensen.com
amann@reichmanjorgensen.com

*Attorneys for Arconic Corporation
and Howmet Aerospace, Inc.*